UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

NATEIDA JARNIGAN,

    Plaintiff,

  v.                                      Case No. 07-CV-00109

METAVANTE CORPORATION,

    Defendant.
_____

### NOTICE OF VOLUNTARY DISMISSAL
_____

    PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the plaintiff voluntarily dismisses the above-entitled action, the summons and complaint not having been served on the defendant, no answer or motion for summary judgment having been served by the defendant, and no appearance having been made by or on behalf of the defendant.

    Dated at Milwaukee, Wisconsin, this 24th day of May, 2007.

                                          <u>s/F. Thomas Olson</u>
                                          F. Thomas Olson
                                          State Bar No. 01010170
                                          Attorney for Plaintiff
                                          Hall Legal, S.C.
                                          Suite 410
                                          759 North Milwaukee Street
                                          Milwaukee, Wisconsin 53202
                                          Telephone: 414-273-2001
                                          FAX: 414-273-2015
                                          E-mail: fto@hall-legal.com